IN THE UNITED STATES DISTRCT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**ALTEC INTEGRATED SOLUTIONS, LTD.**
 *Plaintiff,*

              Civil Action No. 6:24-cv-00347

vs.

**POSEIDON PRODUCTIONS, INC. d/b/a**
**EXTREME ENGINEERING**
 *Defendant.*

### PLAINTIFF'S NOTICE OF FILING INITIAL DISCLOSURES

  In accordance with Federal Rule of Civil Procedure 26 Plaintiff notifies the Court that it has served its Initial Mandatory Disclosure to all counsel of record on this date.

            Respectfully submitted,

             */s/ Scott C. Skelton*
            Scott C. Skelton
            State Bar No. 00784979
            sskelton@ssbww.law
            Holli Pryor-Baze
            State Bar No. 24013357
            hbaze@ssbww.law
            SKELTON | SLUSHER | BARNHILL |
             WATKINS | WELLS PLLC
            1616 S. Chestnut St.
            Lufkin, Texas 75901
            Phone: 936.632.2300
            Fax: 936.632.6545
            ***Attorneys For Plaintiff***

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing instrument was served, via electronic filing with the Clerk of the Court, through its CM/ECF system on this 3rd day of June 2025 to all known counsel of record.

                                        */s/ Scott C. Skelton*
                                          Scott C. Skelton